[No. 26359-9-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL EUGENE PEARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00372-4, Rosanne Buckner, J., entered July 27, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 26410-2-II.   Division Two.   June 21, 2002.]

CORINA COLLARD, ET AL., *Respondents*, v. MARC REAGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-08250-3, John A. McCarthy, J., entered August 11, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26744-6-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DOMINIC TARABOCHIA, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 00-1-00007-9, Joel M. Penoyar, J., entered December 4, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26825-6-II.   Division Two.   June 21, 2002.]

MARINE ENVIRONMENTAL CONSORTIUM, INC., ET AL., *Appellants*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-00797-0, Richard A. Strophy, J., entered December 1, 2000. *Dismissed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.